A. B. RANDALL, INDIVIDUALLY, AND AS TRUSTEE FOR HIS IN-
FANT DAUGHTER, ALLINE GRACE RANDALL, AND ALLINE
GRACE RANDALL, A MINOR, AND S. LOUISA ROBERTSON, AP-
PELLANTS, v. JOHN C. L'ENGLE, AS EXECUTOR OF THE LAST
WILL AND TESTAMENT OF LIZZIE IVEY, APPELLEE.

> The concurrence of a majority of the members of the Supreme
> Court, sitting as one body is necessary to a decision;
> but where the members of the court sitting in a cause on
> writ of error or appeal are equally divided, the judgment
> of the lower court should be affirmed on the authority of
> State ex rel. Hampton v. McClung, 47 Fla. 224, 37 South.
> Rep. 51.

This case was decided by the court En Banc.

Appeal from the Circuit Court for Duval County.

The facts in the case are stated in the opinion of the
court.

M. C. Jordan, Owen & Smith and A. W. Cockrell & Son,
for Appellants;

E. J. L'Engle, I. Zacharias (with whom was R. P. Dan-
iel, Jr., on the brief), for Appellee.

PER CURIAM: In this case Mr. Chief Justice SHACKLE-
FORD, the Honorable John W. MALONE, Circuit Judge, sit-
ting in the place of Mr. Justice COCKRELL, disqualified,
and Mr. Justice WHITFIELD are of the opinion that the de-
cree should be reversed, while Mr. Justice TAYLOR, Mr.
Justice HOCKER and Mr. Justice PARKHILL are of the
opinion that the decree should be affirmed. Under these

circumstances, upon the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rept. 51; Commercial Bank v. Towers, 48 Fla. 250, 37 South. Rept. 742; Holton v. Patterson, 49 Fla. 178, 38 South. Rep. 352, and Mugge v. Tate, Jones & Co., 51 Fla. 255, 41 South. Rep. 603, an order will be entered affirming the decree. It is so ordered.